FILED LOGGED ENTERED RECEIVED
MAY 13 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

My name is Dwayne Torrence Jr. DOC# #471950. I am currently being housed at the Jessup Correctional Institution. I have been diagnosed with Sickle cell disease from birth. I have a very serious medical need due to the fact that my disease causes me great injury, such as pain; Chronic pain to chest and back, Acute pain when I am in a Sickle cell crisis, and Priaprism a condition also stemming from my disease that causes serious pain and injury to my groin area. On a Scale of 1-10 my pain is a 10. I have kept very detailed notes in my journal about the lack of treatment and help I request here at Jessup Correctional Institution. It is a log book of all the times I saw a provider, Nurse, Doctor, and even when I would go to get medications. My disease is serious enough that my doctor, Dr. Law (Hemotologist, Specialist) at the university of Maryland who followed me for years before my Prison Sentence and still treat me to this day has ordered a procedure called a 'Blood Transfusion' to be regular on a monthly basis but between September 2019 and March 2020 I was denied my treatment. I was denied this procedure by Dr. Bartels here at Jessup. Even though his colleagues kept making arguments and putting in consults on my behalf, begging and pleading him to continue my Procedure. Those months I did not recieve my blood transfusions at the university of Maryland. I was put in life threating challenges. I was sent out over a dozen times by ambulance, hospitalized for weeks at a time fighting to breathe because the pain was so great. When I wasn't sent out to the hospital medical personnel here at Jessup would sometime leave me in my cell to deal with this massive amount of pain on my own. I was crying in a cell with only the instruction

to drink water that medical personnel told the tier officer to tell me. Some nights I thought I would die like my sister. Still after hospital admissions the hospitals would advise others would order that I get back on track with my monthly blood transfusions and would prescribe pain medicine. No order or prescription was followed. Dr. Law at the university of Maryland and her team has called this jail on multiple occassions telling well speaking with medical personnel then informing them that I missed preset appointments and that I need to have this procedure done on a monthly basis but still they were denied. Sickle cell diease affects my daily routine to the point that I cant get out of bed some days because of the pain and as it ~~progressive~~ progresses I saw my body deteriorating because of the pain I have to endure needlessly. This pain is always there and it is always constant but I get no Relief.

The Jessup correctional Institution medical department has knowledge of my condition and needs for sickle cell diease. I have informed them repeatedly through sick call slips, chronic care appointments and letters I personally wrote. They also know from my doctor Dr. Law and her team calling here, the tier officer calling medical letting them know I am having a medical emergency, the 911 emergency send out that they call because medical here cant properly treat me and when I arrive back the discharge summary the hospital sends back and finally the medical file that came with me and travels with me from every other jail I been to that explains my condition. Until I got to this jail never have I been denied my monthly blood transfusions because they saw it was vital to sustaining my life. From July 2017 to

May 2019 I was never denied my treatment only here at Jessup Correctional Institution. Dr. Law and her team have called here telling medical how important this procedure is, the prisons I was at before Jessup all saw how important this is, in fact I was transferred to Jessup Correctional Institution from North Branch Correctional Institution so I would not miss my blood transfusion. So they had to accept me before allowing me to be transferred here knowing my condition and needs. Dr. Roberts, Nurse Practicioner Ms. Motundrayo and others here also fought for my consult to be approved. I also ~~reported~~ requested help from the Warden, Allen Gang via A.R.P. number JCI 1291-19 and it was dismissed Dec 31, 2019. I reached out to the commissioner of corrections via A.R.P. Appeal number JCI 1291-19 and it was dismissed March 24, 2020.

    Jessup Correctional Institution continues to disregard the seriousness of my diease. They intentionally delay my pre-scheduled blood transfusion appointments. Doctors in this jail deny me medical treatment prescribed by my specialist, Dr. Law at the University of Maryland who has taken care of me since I was a child. Such individuals as Dr. Bartels, Dr. Williams and Dr. Bernard each has ~~interfed infe~~ interfered with my vital, life sustaining treatment and has denied me medical care putting my life in danger. Without my blood transfusions I suffered severe pain constantly it was hard to breathe at times and if it would have continued any longer I am sure I would be dead. These doctors have

hurt me and continue to deny me medical care. I am on my own and am at my wits end that is why I am writing to the courts because I need your assistance. Thank you for your time and attention to my reaching out for assistance. Even if the courts can not help me I ask that the courts point me in the right direction or refer someone to me who can. I know I am a prisoner but being denied proper medical treatment was not a part of my sentence and is in violation of the Eighth Amendment. This is cruel and unusual punishment and the Jessup Correctional Institution medical department is showing a deliberate indifference to my serious medical needs and condition. I am looking forward to the courts response in the near future whether yes or no thank you.

Sincerely,

Dwayne B. Torrence Jr
315591 / 471950
P.O. Box 534
Jessup, MD 20794

## ✱ Certificate of Service

I, Dwayne R. Torrence Jr hereby certify that on this 16th day of May, 2020 a copy of my request for help was mailed to the U.S. District courthouse:

U.S. District courthouse
101 West Lombard Street
Baltimore, MD 21201