June 18, 2020

Dwayne B. Torrence Jr 471950 Plaintiff

V.S.

Dr. Bartels
Dr. Williams &
Dr. Bernard

Civil Action No:
SAG-20-1223

# Amendment

Today After reviewing the medical Records, ARPs and the other Exhibits the Defense has produced. I wish to Amendment my initial complaint. The Persons I see are responsible for this Deliberate Indifference and intentionally missed my scheduled Blood Transfusions at the University of Maryland are:

Liberatus DeRosa, MD
Mofikpara Wright, MD
Darryl Hill, MD
Electa A. Awanfa and,
Nicole Hargraves also,
Allen Gang, Warden.

These men and women along with Dr. Bartels Delayed, Denied, and interfered with my scheduled Blood Transfusions and other matter I mentioned in my initial complaint. I wish that these Men and Women also be added to this case. I also wish that the Court would Subpena the medical records that JCI medical department is withholding for example the log of needles. Every nurse has to sign for the needle they take out. The point of this is to show

the frequency of use and demonstrate how many times I must get stuck to get relief in a crisis. I ask that the court obtain my Blood Transfusion Schedule from University of Maryland for the years 2018-2020 and compare. The information regarding a Mediport. A brief is a medical central line in an Artery that is connected to the patient's heart. The required and highly recommended maintence for a Mediport is it must be 'Accessed' monthly. Not only did missing my required monthly Blood Transfusions put my life at risk but the required monthly Maintence of my Mediport also put my life in danger. An Infection in my mediport could get to my heart and kill me. For those months, All of the above mentioned (Dr. Bartels, Dr. Williams, Dr. Bernard, Liberatus DeRosa, Mofikpara Wright, Allen Guof, Nicole Hargraves, Darryl Hill, and Electa A. Awanga) knew of the risk assosicated with the potentional life threatening consequences of their actions yet they did nothing. I also wish to Remedy the situation. I am asking for agreement not to miss any of my future appointments, to follow all treatment plans recommend by Dr. Law and 5 million dollars in damages. If there not be an agreement I ask the court to appoint me counsel and that an Injunction take place Please and thank you.

- Dwayne B. Torrence Jr   471956
  Dwayne Torrence   3515591
  P.O. Box 534
  Jessup, MD 20794

Dwayne R. Torrence Jr 351589l
P.O. Box 534
Jessup, MD 20794

U.S. District Courthouse
101 West Lombard Street
Baltimore, MD 21201

21201−262915