# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Dwayne R. Torrence, Jr.

**Plaintiff**

Case No.: 1:20-cv-01223-SAG

vs.

**Bartels, M.D., in his individual and official capacities; et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Amended Complaint for Declaratory. Injunctive, and Other Relief, and Demand for Jury Trial in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 11/13/2020 at 9:13 AM, I served Mofikpara Wright, M.D., in his individual and official capacities at 12617 Shoal Creek Terrace, Beltsville, Maryland 20705 with the Summons in a Civil Action and Amended Complaint for Declaratory. Injunctive, and Other Relief, and Demand for Jury Trial by serving Mofikpara Wright, M.D, personally.

Mofikpara Wright, M.D is described herein as:

Gender: Male    Race/Skin: Black    Age: 55    Weight: 220    Height: 6'3"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true and correct.

11/16/2020

Executed On



Vincent Piazza

Client Ref Number: N/A
Job #: 1583677

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| DWAYNE R. TORRENCE, JR.<br><br>*Plaintiff(s)*<br>v.<br>BARTELS, M.D., in his individual and official capacities; ROBERT P. WILLIAMS, M.D., in his individual and official capacities; BERNARD ALENDA, N.P., in his individual and official capacities; LIBERATUS DEROSA, M.D., in his individual and official capacities; MOFIKPARA WRIGHT, M.D., in his individual and official capacities; ELECTA AWANGA, N.P., in her individual and official capacities; EVELYN TATONG, in her individual and official capacities; NICOLE HARGRAVES, in her individual and official capacities; and DOES 1-50, inclusive<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-01223-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mofikpara Wright, M.D.
Jessup Correctional Institution
Department of Public Safety and Correctional Services
Post Office Box 534
Jessup, Maryland 20794

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    George M. Clarke
Bar No. 16688
BAKER & McKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 452-7057
Fax: (202) 416-7024
george.clarke@bakermckenzie.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    10/26/2020    _____
*Signature of Clerk or Deputy Clerk*