IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DWAYNE R. TORRENCE, JR.,<br><br>Plaintiff,<br><br>    v.<br><br>BARTELS, M.D., *et al.*<br><br>Defendants | Civil Action No. SAG-20-1223 |

### JOINT MOTION TO AMEND NOVEMBER 19, 2020 ORDER

The parties jointly move the Court to amend its November 19, 2020 Order as requested below.

1. On November 19, 2020, the Court entered an Order setting forth the pre-trial deadlines to which the parties are required to adhere ("November 19 Order").

2. Plaintiff is currently incarcerated at Jessup Correctional Institution.

3. Due to the COVID-19 pandemic, access to Jessup Correctional Institution, experts, and deponents is delayed.

4. To that end, the parties request that the Court amend the November 19 Order to reflect the following pretrial schedule and supersede the pretrial scheduling deadlines:

| | |
|---|---|
| March 1, 2021: | Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.) |
| March 1, 2021: | Report about deposition hours |
| March 1, 2021: | Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge |
| March 1, 2021: | Deadline for conference about discovery of electronically stored information. (If either or both |

|  |  |
|---|---|
|  | parties intend to take such discovery, before the conference counsel should review the Principles for the Discovery of Electronically Stored Information in Civil Cases prepared by a Joint bench/bar committee published on the court's website.) |
| April 4, 2021: | Moving for joinder of additional parties and amendment of pleadings |
| April 19, 2021: | Plaintiff's Rule 26(a)(2) disclosures |
| May 16, 2021: | Defendant's Rule 26(a)(2) disclosures |
| June 1, 2021: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| June 8, 2021: | Rule 26(e)(2) supplementation of disclosures and responses |
| July 1, 2021: | Discovery deadline; submission of status report |
| July 8, 2021: | Requests for admission |
| August 3, 2021: | Dispositive pretrial motions deadline |

Dated: December 1, 2020

Respectfully submitted,

| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** | **BAKER & McKENZIE LLP** |
| /s/ | /s/ |
| Patricia H. Beall, Esq. (signed by George M. Clarke with the permission of Patricia H. Beall, Esq.) Bar No. 29593 600 Baltimore Avenue, Suite 305 Towson, MD 21204 Tel: (410) 339-6880 Fax: (410) 339-6881 pbeall@moodklaw.com | George M. Clarke Bar No. 16688 815 Connecticut Avenue NW Washington, DC 20006 Tel: (202) 452-7057 Fax: (202) 416-7024 george.clarke@bakermckenzie.com |
| *Attorney for Defendants Bartels, Williams, Alenda, DeRosa, Awanga, Tatong, Hargraves, and Wright* | *Attorney for Plaintiff, Dwayne R. Torrence, Jr.* |