**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DWAYNE R. TORRENCE, JR.,

Plaintiff,                                                    Civil Action No. SAG-20-1223

       v.

BARTELS, M.D., *et al.*

Defendants

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

      Plaintiff Dwayne R. Torrence, Jr. and Defendants, by their undersigned counsel, jointly

move for an Order modifying the Court's December 2, 2020 Scheduling Order.

      As grounds for this Motion, the parties state as follows:

      1.     The parties have met and conferred about the March 1, 2021 deadlines. The

parties will file a separate status report about their agreement with respect to the March 1, 2021

deadlines.

      2.     At the same time, the parties discussed electronically stored information and

engaged in an informal discovery discussion.

      3.     Based on that discussion, the parties agree that a small extension of the discovery

deadlines will allow the case to be best developed for presentation to the Court. Modifying the

scheduling order may also allow for potential settlement discussions. The parties are not

prepared to engage in settlement discussions until after Plaintiff has been deposed.

4.      Specifically,  the parties believe a two-month extension of most of the current deadlines would be optimal.   No party will be prejudiced by these modifications  and there is no trial date currently scheduled.

5.      The parties jointly  request that the Scheduling  Order be modified  as follows:

| | |
|---|---|
| April 4, 2021 [no change]: | Deadline for moving  for joinder of additional  parties and amendment  of pleadings |
| June 21, 2021: | Plaintiff's  Rule 26(a)(2) disclosures |
| July 16, 2021: | Defendants' Rule 26(a)(2) disclosures |
| August 2, 2021: | Plaintiff's  rebuttal Rule 26(a)(2) disclosures |
| August 9, 2021: | Rule 26(e)(2) supplementation  of disclosures  and responses |
| September 1, 2021: | Discovery deadline; submission  of status report |
| September 8, 2021: | Requests for admission |
| October 4, 2021: | Dispositive  pretrial motions  deadline |

A proposed Order to this effect is attached.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,**           **BAKER & McKENZIE LLP**
**DOHERTY & KELLY, P.C.**


_____/s/_____        _____/s/_____
Patricia H. Beall, Esq.                        George M. Clarke
Bar No. 29593                              Bar No. 16688
600 Baltimore Avenue, Suite 305      815 Connecticut Avenue NW
Towson, MD 21204                    Washington, DC 20006
Tel: (410) 339-6880                  Tel: (202) 452-7057
Fax: (410) 339-6881                 Fax: (202) 416-7024
pbeall@moodklaw.com             george.clarke@bakermckenzie.com

*Attorney for Defendants Bartels, Williams,*    *Attorney for Plaintiff, Dwayne R. Torrence, Jr.*
*Alenda, DeRosa, Awanga, Tatong,*
*Hargraves, and Wright*