

**Baker & McKenzie LLP**

815 Connecticut Avenue, N.W.
Washington, D.C.
20006 United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

George M. Clarke III
Tel: +1 202 835 6184
Fax: +1 202 416 7184
george.clarke@bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Los Angeles
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

March 01, 2021

<u>VIA CM/ECF</u>
The Honorable Stephanie A. Gallagher
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**Re:**   *Torrence v. Bartels, et al.*, Civil Action No. 1:20-cv-01223-SAG
          **March 1, 2021 Deadlines**

Dear Judge Gallagher:

On behalf of Plaintiff Dwayne R. Torrence, Jr., and with the consent of Defendants' counsel, I write to memorialize the status of the case with respect to the March 1, 2021 deadlines outlined in the Court's December 2, 2020 Scheduling Order:

1. At this time, the parties do not request an early settlement or ADR conference. The parties are not able to meaningfully engage in settlement discussions until the case is further along.

2. The parties agree that Plaintiff shall be limited to 30 hours of depositions of fact witnesses and that Defendants shall be limited to 10 hours of depositions of fact witnesses.

3. There is no unanimous consent to proceed before a United States Magistrate Judge at this time. While Defendants are amenable, Plaintiff wishes to proceed before Your Honor.

4. The parties have met and conferred regarding the discovery of electronically stored information.

Baker & McKenzie LLP is a member of Baker & McKenzie International.

Respectfully,

_____/s/_____

George M. Clarke

**AGREED:**

_____/s/_____
Patricia H. Beall, Esq.
Marks, O'Neill, O'Brien, Doherty &
Kelly, P.C.
600 Baltimore Avenue, Suite 305
Towson, MD 21204

*Attorney for Defendants Bartels,
Williams, Alenda, DeRosa, Awanga,
Tatong, Hargraves, and Wright*