IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DWAYNE R. TORRENCE, JR., <br><br> Plaintiff, <br> v. <br> BARTELS, M.D., *et al.* <br><br> Defendants | Civil Action No. SAG-20-1223 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Dwayne R. Torrence, Jr. and Defendants, by their undersigned counsel, jointly move for an Order modifying the Court's March 1, 2021 Scheduling Order.

As grounds for this Motion, the parties state as follows:

1. The parties have met and conferred about the deadlines set out in the March 1, 2021 Scheduling Order.

2. At the same time, the parties discussed production of documents and the procuring of expert witnesses.

3. Defendants are still in the process of responding to Plaintiff's First Request for Production of Documents that Plaintiff served on April 7, 2021.

4. Based on the parties' discussion and on the above facts, the parties agree that an extension of the current deadlines will allow the case to be best developed for presentation to the Court.

1

5. Specifically, the parties believe a two-month extension of the current deadlines would be optimal. No party will be prejudiced by these modifications and there is no trial date currently scheduled.

6. The parties jointly request that the Scheduling Order be modified as follows:

| | |
|---|---|
| August 20, 2021: | Plaintiff's Rule 26(a)(2) disclosures |
| September 14, 2021: | Defendants' Rule 26(a)(2) disclosures |
| October 1, 2021: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| October 8, 2021: | Rule 26(e)(2) supplementation of disclosures and responses |
| November 1, 2021: | Discovery deadline; submission of status report |
| November 8, 2021: | Requests for admission |
| December 3, 2021: | Dispositive pretrial motions deadline |

A proposed Order to this effect is attached.

Respectfully submitted,

| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** | **BAKER & McKENZIE LLP** |
| /s/ | /s/ |
| Patricia H. Beall, Esq. | Yea-Jin Angela Chang |
| Bar No. 29593 | Bar No. 814335 |
| 600 Baltimore Avenue, Suite 305 | *Pro Hac Vice* |
| Towson, MD 21204 | 600 Hansen Way |
| Tel:  (410) 339-6880 | Palo Alto, CA 94304 |
| Fax: (410) 339-6881 | Tel:  (650) 856-2400 |
| pbeall@moodklaw.com | Fax: (650) 856-9299 |
| | angela.chang@bakermckenzie.com |
| *Attorney for Defendants Bartels, Williams, Alenda, DeRosa, Awanga, Tatong, Hargraves, and Wright* | *Attorney for Plaintiff, Dwayne R. Torrence, Jr.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DWAYNE R. TORRENCE, JR.,

Plaintiff,

v.

BARTELS, M.D., *et al.*

Defendants

Civil Action No. SAG-20-1223

## ORDER

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, it is this _____ day of _____ 2021, **ORDERED** that:

1. The Motion is **GRANTED** for good cause shown; and

2. The March 1, 2021 Scheduling Order is hereby amended as follows:

| | |
|---|---|
| August 20, 2021: | Plaintiff's Rule 26(a)(2) disclosures |
| September 14, 2021: | Defendants' Rule 26(a)(2) disclosures |
| October 1, 2021: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| October 8, 2021: | Rule 26(e)(2) supplementation of disclosures and responses |
| November 1, 2021: | Discovery deadline; submission of status report |
| November 8, 2021: | Requests for admission |
| December 3, 2021: | Dispositive pretrial motions deadline |

                                                _____
Stephanie A. Gallagher
Judge, United States District Court
for the District of Maryland