IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DWAYNE R. TORRENCE, JR.,

Plaintiff,

v.

BARTELS, M.D., *et al.*

Defendants

Civil Action No. SAG-20-1223

## ORDER

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, it is this _____ day of _____ 2021, **ORDERED** that:

1. The Motion is **GRANTED** for good cause shown; and

2. The March 1, 2021 Scheduling Order is hereby amended as follows:

| | |
|---|---|
| November 18, 2021: | Plaintiff's Rule 26(a)(2) disclosures |
| December 13, 2021: | Defendants' Rule 26(a)(2) disclosures |
| December 30, 2021: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| January 6, 2022: | Rule 26(e)(2) supplementation of disclosures and responses |
| January 31, 2022: | Discovery deadline; submission of status report |
| February 7, 2022: | Requests for admission |
| March 3, 2022: | Dispositive pretrial motions deadline |

_____
Stephanie A. Gallagher
Judge, United States District Court
for the District of Maryland