**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DWAYNE R. TORRENCE, JR.,

Plaintiff,

   v.

BARTELS, M.D., *et al.*

Defendants

Civil Action No. SAG-20-1223

## ORDER

  UPON REVIEW and consideration of Defendants Nicole Hargraves, Robert Williams, Bernard Alenda, Liberatus DeRosa, Electa Awanga, Mandip Bartels, Eveline Tatong, and Mofikpara Wright's Consent Motion for Leave to take Deposition of an Individual Confined in Prison, it is this 29th  day of October, 2021, hereby

  ORDERED, that Defendants Nicole Hargraves, Robert Williams, Bernard Alenda, Liberatus DeRosa, Electa Awanga, Mandip Bartels, Eveline Tatong, and Mofikpara Wright's Consent Motion for Leave to take Deposition of an Individual Confined in Prison is GRANTED, and it is further

  ORDERED, that the deposition of Plaintiff Dwayne R. Torrence, Jr. take place with counsel for the Defendants and court reporter appearing remotely and Plaintiff and counsel for Plaintiff appearing at JCI, as agreed by the Parties.

          /s/

        Stephanie A. Gallagher
        United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

DWAYNE R. TORRENCE, JR.,

Plaintiff,

v.

BARTELS, M.D., *et al.*

Defendants

Civil Action No. SAG-20-1223

## NOTICE TO TAKE DEPOSITION OF PLAINTIFF DWAYNE R. TORRENCE, JR.

Notice is hereby given that the deposition upon oral examination of Dwayne R. Torrence, has been scheduled and will take place, on Monday, November 8, 2021 at 11:00am. The deposition will occur with counsel for Defendants and the court reporter appearing remotely, via Zoom videoconferencing, and Plaintiff and counsel for Plaintiff appearing at Jessop Correction Institution ("JCI"). Arrangements have been made with JCI to have Plaintiff, Dwayne R. Torrence, Jr., and his counsel also appear for the deposition at JCI via the Zoom videoconferencing. The deposition will be taken before a notary public or some other officer duly authorized to administer oaths pursuant to the laws and Rules of this Court. The deposition will be taken for the purpose of discovery and for use as evidence, or for both purposes.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN
DOHERTY & KELLY, P.C.**

**BY:** *   /s/ Sarah C. Boehme*
Megan T. Mantzavinos (Bar No.: 16416)
Sarah Boehme (Bar No.: 22334)
600 Baltimore Avenue, #305
Towson, Maryland  21204
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October 2021, a copy of the foregoing

Consent Motion for Leave to Take Deposition of Individual Confined in Prison was mailed first

class, postage pre-paid to:

George M. Clarke, Esq.
Yea-Jin Angela Chang, Esq.
Nicholas O'Brien, Esq.
Christina Taylor, Esq.
Baker & McKenzie, LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Attorneys for Plaintiff*

_/s/ Sarah C. Boehme_
Sarah C. Boehme