IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DWAYNE R. TORRENCE, JR.,

Plaintiff,

v.

BARTELS, M.D., *et al.*

Defendants

Civil Action No. SAG-20-1223

## **ORDER**

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order, it is this \_\_\_\_\_ day of _____ 2021, **ORDERED** that:

1. The Motion is **GRANTED** for good cause shown; and

2. The August 6, 2021 Scheduling Order is hereby amended as follows:

| | |
|---|---|
| March 18, 2022 | Plaintiff's Rule 26(a)(2) disclosures |
| April 12, 2022 | Defendants' Rule 26(a)(2) disclosures |
| May 12, 2022 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| June 11, 2022 | Rule 26(e)(2) supplementation of disclosures and responses |
| June 30, 2022 | Discovery deadline; submission of status report |
| July 15, 2022 | Requests for admission |
| July 31, 2022 | Dispositive pretrial motions deadline |

_____
Stephanie A. Gallagher
Judge, United States District Court
for the District of Maryland